**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7365

KENNETH MARTIN WALLS,

Plaintiff - Appellant,

versus

HAMILTON BEACH/PROCTOR-SILEX, INCORPORATED;
MARVIN HILL; AUTHOR FISH; LYNN PHILLIPS; T. E.
ROSS, Doctor; KATHRINE DAIL; JOE BEACH,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Rockingham. Russell A. Eliason, Magistrate Judge. (CA-94-336-CV-3)

Submitted: December 14, 1995          Decided: January 17, 1996

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Martin Walls, Appellant Pro Se. Randall David Avram, Douglas G. Brehm, HUNTON & WILLIAMS, Raleigh, North Carolina; Jane Ray Garvey, Michael F. Easley, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.[*] <u>Walls v. Hamilton Beach/Proctor-Silex, Inc.</u>, No. CA-94-336-CV-3 (M.D.N.C. Aug. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

   [*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1988).